UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14065-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PAUL SORENSON,

    Defendant.

_____/

FILED by _____ D.C.

JUL 19 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION NUMBERS 1, 2, 3, AND 4 AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**

    **THIS CAUSE** having come before the Court for a final hearing on July 18, 2018 with respect to the Petition for Warrant or Summons for Offender under Supervision (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

    1.    Defendant appeared before this Court on July 18, 2018 for a final hearing on the Petition, which alleges the following violations of supervised release:

**Violation Number 1**    **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On April 9, 2018, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated.

**Violation Number 2**    **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On April 25, 2018, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated.

| | |
|---|---|
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On May 2, 2018, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated. |
| **Violation Number 4** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On May 9, 2018, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated. |

2. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 1, 2, 3, and 4 as set forth in the Petition. This Court questioned Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights and further understands that if this Court accepts his admissions all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The possible maximum penalties faced by Defendant were read into the record by the Government, and Defendant stated that he understood those penalties.

4. The Government provided a factual proffer for Defendant's admissions, stating that on April 9, April 25, May 2, and May 9, all in 2018, Defendant submitted urine specimens that tested positive for the presence of marijuana as established by lab reports from Alere Toxicology Services, Inc. Defendant agreed that the Government's proffer was true and correct, and that the Government could prove these facts against him were a hearing to be held in this matter. The Court has considered the Government's proffer, and finds that it sets forth a sufficient basis to support Defendant's admissions to Violation Numbers 1 through 4.

**ACCORDINGLY**, based upon Defendant's admission to Violation Numbers 1, 2, 3, and 4 of the Petition under oath, this Court recommends to the District Court that Defendant be found to have violated his supervised release with respect to Violation Numbers 1, 2, 3, and 4, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 19th day of July, 2018.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE