UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14065-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTHONY PAUL SORENSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBERS 1, 2, 3, AND 4 AS SET FORTH IN THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon a Report and Recommendation on Defendant's Admission to Violation Numbers 1, 2, 3, and 4 as Set Forth in the Petition Alleging Violations of Supervised Release.

**THE MATTER** was heard by United States Magistrate Judge Shaniek M. Maynard, on July 18, 2018. A Report and Recommendation was filed on July 19, 2018 [ECF No. 199], recommending that this Court find that Defendant has violated his supervised release in respect to Violation Numbers 1, 2, 3, and 4 inclusive, as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 199] on Defendant's final hearing to the Violation as set forth in the Petition Alleging Violation of Supervised Release of the United States Magistrate Judge Shaniek M. Maynard, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 1, 2, 3, and 4 as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this___3___day of August, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Maynard
All Counsel Of Record
U.S. Probation Office