UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14065-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PAUL SORENSON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON FINAL HEARING IN RESPECT TO THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a final hearing on May 16, 2019 with respect to the Superseding Petition for Offender under Supervision (the "Petition") [D.E. 220], and this Court having convened a hearing, recommends to the District Court as follows:

1. Defendant appeared before this Court on May 16, 2019 for a final hearing on the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On January 3, 2019, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On January 15, 2019, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 22, 2019, in |

|  |  |
|---|---|
|  | St. Lucie County, Florida, the defendant committed the offense of Driving While License Suspended-Felony, contrary to Florida Statute 322.34(2)(c). |
| **Violation Number 4** | **Violation of Standard Condition**, by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about January 22, 2019, the defendant was arrested by the St. Lucie County Sheriff's Office, in St. Lucie County, Florida, and he failed to advise the U.S. Probation Officer. |
| **Violation Number 5** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 31, 2019, in St. Lucie County, Florida, the defendant committed the offense of Driving While License Suspended-Felony, contrary to Florida Statute 322.34(2)(c). |

2. The possible maximum penalties faced by Defendant were read into the record by the Government, and the Defendant stated that he understood those penalties.

### Defendant's Admissions to Violation Numbers 1 and 2

3. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 1 and 2 as set forth in the Petition. This Court questioned Defendant on the record and made certain that he understood his rights in regard to an evidentiary hearing with respect to Violation Numbers 1 and 2. Defendant acknowledged that he understood his rights and further understands that if this Court accepts his admissions as to Violation Numbers 1 and 2, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition as to those Violations.

4. The Government provided a factual proffer for Defendant's admissions, stating that on January 3, 2019 and January 15, 2019 Defendant submitted urine specimens that tested positive for the presence of cocaine as established by lab reports from Alere Toxicology Services, Inc. Without objection, the Government introduced Exhibits 1 and 2 into evidence.

Government's Exhibit 1 and 2 are Drug Test Reports from Alere Toxicology Services showing that Defendant tested positive for cocaine on January 3, 2019 and January 15, 2019. Defendant agreed that the Government's proffer as to Violation Numbers 1 and 2 was true and correct, and that the Government could prove these facts against him were a hearing to be held in this matter. The Court has considered the Government's proffer and finds that it sets forth a sufficient basis to support Defendant's admissions to Violation Numbers 1 and 2.

### Final Hearing on Violation Number 5

5.      Regarding Violation Number 5, the Government proffered that on January 31, 2019, the Defendant was arrested for driving while license suspended-felony, as charged in State Case Number 562019CF000336A in St. Lucie County, Florida. According to the arrest affidavit prepared by Deputy Nicholas Volk of the St. Lucie County Sheriff's Office, Deputy Volk was patrolling the area of South 25th Street and Georgia Avenue in Fort Pierce, Florida when he observed the Defendant's vehicle in violation of FL ST 316.221 (working tail light emitting a red light) and conducted a traffic stop. Deputy Volk asked the Defendant for his license and registration. The Defendant responded that he did not have a license. A check of Florida Department of Motor Vehicles showed that Defendant had three prior suspensions of his license and Defendant's license was not valid. Defendant was placed under arrest.

6.      The Defendant did not present any witnesses, evidence or argument. The Court notes that Defendant has been charged by the State of Florida for the conduct alleged in Violation Number 5, and his state case is currently pending. Defendant's attorney announced that the Defendant wished to stand mute to the charge in Violation Number 5.

7. This Court has considered the Government's proffer as to Violation Number 5 and finds that it establishes by a preponderance of the evidence that the Defendant committed Violation Number 5.

### Violation Numbers 3 and 4

8. The Government agreed to dismiss Violation Numbers 3 and 4 after sentencing.

**ACCORDINGLY**, this Court recommends to the District Court that Defendant be found to have violated his supervised release with respect to Violation Numbers 1, 2 and 5, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 17th day of May, 2019.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE