UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14065-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTHONY PAUL SORENSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on a final hearing on five alleged violations of supervised release.

**THE MATTER** was heard by United States Magistrate Judge Shaniek M. Maynard, on May 16, 2019 for a final hearing in respect to the Superseding Petition Alleging Violations of Supervised Release in which the defendant admitted to violation numbers 1 and 2. The Court conducted and evidentiary hearing on violation number 5 in which the Defendant stood mute to the charge in violation number 5. A Report and Recommendation was filed on May 17, 2019, [ECF No. 234], recommending to this Court find that Defendant has violated the terms and conditions of his supervised release with respect to Violation Numbers 1, 2, and 5 as set forth in the Superseding Petition. The Government has agreed to dismiss Violation Numbers 3 and 4 after sentencing. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Shaniek M. Maynard [ECF No. 234], on Defendant's final evidentiary hearing to the violations as set forth in respect to the Superseding Petition Alleging Violations of Supervised Release is hereby **AFFIRMED** and **ADOPTED** and in its entirety.

Sentencing is set on **Wednesday, June 26, 2019 at 1:30 p.m.,** at the United States Courthouse, Courtroom 4008, 101 South U.S. Highway 1, Ft. Pierce, Fl 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of June, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Maynard
All Counsel Of Record
U.S. Probation Office