# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-14065-CR-MARTINEZ(s)(s)

UNITED STATES OF AMERICA,

     **Plaintiff,**

v.

ANTHONY PAUL SORENSON,

     **Defendant.**

_____/

### REPORT AND RECOMMENDATION ON
### DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 2, 3, AND 4

    **THIS CAUSE** came before me on June 29, 2022.  Having conducted a hearing, I recommend as follows:

    1.     A Superseding Petition for Warrant for Offender Under Supervision (the "Petition") was filed in this case on October 8, 2021 at Docket Entry 263. Defendant appeared before me for a hearing on June 29, 2022.

    2.     At the hearing, the Defendant admitted Violation Numbers 1, 2, 3, and 4.  The Government agreed to recommend dismissal of Violation Numbers 5 and 6 after sentencing.

    3.     Violation Numbers 1, 2, 3, and 4 allege:

**Violation Number 1**

**Violation of Special Condition**, by failing to perform community service hours as directed.  On June 08, 2021, the defendant executed a community service agreement to begin performing 10 hours of community service work per week at Nanny's Fur Kids located in Port St. Lucie, Florida, and to date, he has failed to comply with this agreement and is currently 20 hours delinquent.

**Violation Number 2**

**Violation of Standard Condition**, by failing to follow the instructions of the probation officer.  On June 11, 18, and 25,

2021, and July 9, 16, 23, and 30, 2021, the defendant failed to submit job search logs to this officer as directed.

**Violation Number 3**     **Violation of Standard Condition**, by failing to notify the probation office of any change in residence.  On or about July 20, 2021, the defendant moved from his approved residence of [REDACTED], Stuart, Florida, and his whereabouts [are] unknown.

**Violation Number 4**     **Violation of Standard Condition**, by failing to follow the instructions of the probation officer.  On July 30, 2021, the defendant failed to report for a Code-A-Phone drug test as directed.

4.     The possible maximum penalties faced by the Defendant were read into the record by the Government.  The Defendant stated that he understood those penalties.

5.     I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing.  The Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to Violation Numbers 1, 2, 3, and 4 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6.     The Government proffered a factual basis for Defendant's admissions to Violation Numbers 1, 2, 3, and 4 and the probation officer testified.  Defendant agreed that the facts proffered by the Government and testified to by the probation officer are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support Defendant's admissions to Violation Numbers 1, 2, 3, and 4.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his

supervised release as set forth in Violation Numbers 1, 2, 3, and 4, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.  Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 5th day of July, 2022.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE